HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KENNETH COULTER,<br><br>    Plaintiff,<br><br>  v.<br><br>LEROY BACCA, individually, jointly severally, and in his official capacity as a Los Angeles County Sheriff; COUNTY OF LOS ANGELES, a public entity; COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT a public entity; Deputy ALBERT NUNEZ, #472735, individually, jointly, severally, and in his official capacity as a Los Angeles County Sheriff's Deputy; Deputy RICARDO GARCIA, #517301, individually, jointly, severally, and in his official capacity as a Los Angeles County Deputy;  SGT SANDOVAL, #466373, individually, jointly, severally, and in his official capacity as a Los Angeles County Sergeant; LT. YOUNG, #238871, individually, jointly, severally, and in his official capacity as an Los Angeles County Lieutenant and DOES 1-50, inclusive<br><br>    Defendants. | CASE NO. CV13-6090 CBM (AGRx)<br><br>[Judge Consuelo B. Marshall Courtroom "2"]<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [JS-6]**<br><br>Complaint Filed:   8/20/13<br>Trial Date:   Vacated |

/ / /

Based on the stipulation of the parties and GOOD CAUSE appearing therefore,

**IT IS HEREBY ORDERED** that the above-captioned action, in its entirety, is dismissed, *with prejudice*. Each party is to bear their own costs and fees. This dismissal does not constitute an adjudication on the merits.

**IT IS SO ORDERED:**

Dated: May 26, 2015    _____

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE